IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DARRELL JOHNSON,

    Petitioner,

  v.

ALAMEDA SUPERIOR COURT,

    Respondent.
    _____/

No. C 09-00409 CW (PR)

SECOND ORDER REGARDING IN FORMA PAUPERIS MOTION

    Petitioner filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On that same date, the Clerk of the Court sent Petitioner a notice directing him to pay the filing fee or to file a completed *in forma pauperis* (IFP) application. Petitioner filed an IFP application.  In an Order date June 23, 2009, the Court directed Petitioner to file his prisoner trust account statement.  The record shows that Petitioner has already filed his prisoner trust account statement; however, he has not filed his certificate of funds.

    The Court cannot conduct an initial review of this matter until Petitioner has either paid the filing fee or submitted a complete IFP application.  *See* 28 U.S.C. § 1915(a) (a party is permitted to file a civil action in federal court without prepayment of fees or security if he makes affidavit that he is unable to pay such fees or give security therefor).  If the petitioner is a prisoner who alleges that he is unable to pay the full filing fee at the time of filing, he must submit: (1) an affidavit that includes a statement of all assets he possesses, and (2) a certified copy of the trust fund account statement for the prisoner for the six-month period immediately preceding the filing

of the action, obtained from the appropriate official of each prison at which the prisoner is or was confined. See id. § 1915(a)(1), (2). If the Court determines that the petitioner is unable to pay the full filing fee at the time of filing, the petitioner will be granted leave to proceed IFP.

Therefore, before the Court will proceed to review the complaint Petitioner is hereby ORDERED to file a copy of his Certificate of Funds. He shall include with this document a clear indication that it is for the above-referenced case number, C 09-00409 CW (PR). Petitioner shall do so within <u>thirty (30) days</u> of the date of this Order.

<u>Failure to file a copy of Petitioner's Certificate of Funds as ordered herein by the thirty-day deadline shall result in the dismissal of this action without prejudice.</u>

IT IS SO ORDERED.

DATED: 9/10/09

_____
CLAUDIA WILKEN
United States District Judge

2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

DARRELL JOHNSON,

       Plaintiff,

  v.

ALAMEDA SUPERIOR COURT et al,

       Defendant.

Case Number: CV09-00409 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 10, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Darrell Johnson F49735
C15  243 Up
Mule Creek State Prison
P.O. Box 409060
Ione, CA 94640

Dated: September 10, 2009

                      Richard W. Wieking, Clerk
                      By: Sheilah Cahill, Deputy Clerk