IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL JOHNSON,<br><br>    Petitioner,<br><br>  v.<br><br>ALAMEDA SUPERIOR COURT, et al.,<br><br>    Respondents.<br>_____/ | No. C 09-00409 CW (PR)<br><br>ORDER GRANTING REQUEST FOR EXTENSION OF TIME FOR PETITIONER TO FILE OPPOSITION TO MOTION TO DISMISS |

    Petitioner has filed a request for an extension of time in which to file his opposition to Respondent's Motion to Dismiss. Having read and considered Petitioner's request, and good cause appearing,

    IT IS HEREBY ORDERED that Petitioner's request for an extension of time is GRANTED.  The time in which Petitioner may file his opposition to Respondent's Motion to Dismiss will be extended up to and including <u>thirty (30) days</u> from the date of this Order.

    If Respondent wishes to file a reply brief, he shall do so no later than <u>fifteen (15) days</u> after the date Petitioner's opposition is filed.

    IT IS SO ORDERED.

Dated: 3/26/2010

                                         CLAUDIA WILKEN<br>                                         UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

DARRELL JOHNSON,

        Plaintiff,

  v.

ALAMEDA SUPERIOR COURT et al,

        Defendant.

Case Number: CV09-00409 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 26, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Darrell Johnson F49735
C-14-217- Up
Mule Creek State Prison
P.O. Box 409060
Ione, CA 95640

Dated: March 26, 2010

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk

2